UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

      - v. -

MERCEDES RAMOS,

              Defendant.

- - - - - - - - - - - - - - - - - - x

INDICTMENT

07 Cr. _____

07 CRIM 993

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 26 2007

## COUNT ONE

The Grand Jury charges:

From in or about August 2003, through in or about July 2005, in the Southern District of New York and elsewhere, MERCEDES RAMOS, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to her own use money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development ("HUD"), and did receive, conceal, and retain the same with intent to convert it to her own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, to wit, RAMOS received more than $19,000 in federal housing subsidies, to which she was not entitled, through fraud and deceit.

(Title 18, United States Code, Section 641.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

MERCEDES RAMOS,

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 641)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*                    Oct. 26, -07
Foreperson.

10/26/07 INDICTMENT FILED. CASE ASSIGNED TO:
ORF                                             USDJ SCHEINDLIN

FOX, J.