UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA       :    SUPERSEDING
                                    MISDEMEANOR
           - v. -               :    INFORMATION

MERCEDES RAMOS,                 :    S1 07 Cr. 993 (SAS)

           Defendant.           :

- - - - - - - - - - - - - - - - -x

COUNT ONE

The United States Attorney charges:

From in or about August 2003, through in or about July 2005, in the Southern District of New York and elsewhere, MERCEDES RAMOS, the defendant, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to her own use money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development ("HUD"), and did receive, conceal, and retain the same with intent to convert it to her own use and gain, knowing it to have been embezzled, stolen, purloined and converted, to wit, RAMOS received federal housing subsidies, to which she was not entitled, through fraud and deceit.

(Title 18, United States Code, Section 641.)

*[signature]*
MICHAEL J. GARCIA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/17/08