





# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION DEPARTMENT

P52849

**TO:**     Honorable Andrew J. Peck
            United States Magistrate Judge

**FROM:**   Peter A. Merrigan
            Supervising U.S. Probation Officer

Re: Mercedes Ramos
Docket No.: S1:07CR00993-01 (AJP)

Enclosed is a matter from the U.S. Probation Office requesting consideration and/or review by Your

Honor.  Please forward this document and all attachments to the docketing clerk.

Respectfully submitted,

*Peter A. Merrigan*
Peter A. Merrigan
Supervising U.S. Probation Officer
212-805-5129

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: _____

DATE:  August 14, 2008

NY 201
Rev.12/07

TO:     Honorable Andrew J. Peck     OFFENSE: Theft of Government Funds (18 USC 641), a
           United States Magistrate Judge     Class A misdemeanor.

                                            ORIGINAL SENTENCE: Three (3) Years Probation.

FROM:    Peter A. Merrigan              SPEC. CONDITIONS: $25 Special Assessment, $19,610
           Supervising U.S. Probation        Restitution; The Defendant is also to serve 52 hours pf
           Officer                          community service. The Defendant Shall Provide the
                                            Probation Officer with Access to Any Requested Financial
                                          Information. The Defendant Shall Not Incur New Credit
                                          Charges or Open Additional Lines of Credit Without the
                                          Approval of the Probation Officer Unless the Defendant Is
                                          in Compliance with the Installment Payment Schedule..

                                          AUSA: Adam S. Hickey

RE:       Mercedes Ramos
          Dkt# S1:07CR00993-01 (AJP)

DATE OF SENTENCE: April 16, 2008
DATE:    August 14, 2008

ATTACHMENTS:    PSI X    JUDGMENT X
REQUEST FOR:     COURT DIRECTION  X

---

### TRANSFER OF JURISDICTION

Mercedes Ramos was sentenced by Your Honor as indicated above. On April 16, 2008, Ramos commenced her term of supervision in the Southern District of Florida based on her residence in their district. On June 2, 2008, we received correspondence from United States Probation Officer (USPO) Gavin B. Churchill, informing that a transfer of jurisdiction is being requested.

United States Probation Officer (USPO) Gavin B. Churchill, informs that Ramos will be a permanent resident of Florida and has ties to the Southern District of Florida. Based on Ramos residence within the confines of their district and so that all matters with the court can be handled in an expeditious manner, we are respectfully requesting a transfer of jurisdiction be initiated at this time.

At this time we are requesting that Probation Form 22 (attached) is signed in order to initiate the **Transfer of Jurisdiction** process.

                                          Respectfully submitted,

                                          Chris J. Stanton
                                          Chief U.S. Probation Officer

                                          Peter A. Merrigan
                                          Supervising U.S. Probation Officer
                                          212 805 5129

NY 201
Rev.12-07

Mercedes Ramos                        -2-                    S1:07CR00993-01 (AJP)

## JUDICIAL RESPONSE:

**TRANSFER OF JURISDICTION APPROVED (please see Prob. 22)**_____

**DENIED:**_____

**COMMENTS:** _____
_____
_____
_____

_____            _____
        **DATE**                        **Honorable Andrew J. Peck**
                                       **United States Magistrate Judge**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PROBATION OFFICE

**Reginald D. Michael**
Chief U.S. Probation Officer
Wilkie D. Ferguson, Jr. U. S. Courthouse
400 North Miami Avenue,
Ninth Floor South
Miami, FL   33128

REPLY TO:
Wilkie D. Ferguson, Jr. U. S. Courthouse
400 North Miami Avenue,
Ninth Floor North
Miami, FL   33128
(305)523-5400

June 2, 2008

Chris J. Stanton, Jr., Chief
U. S. Probation Officer
Daniel Patrick Moynihan
U. S. Courthouse
500 Pearl Street
New York, NY 10007-1312

### RE: RAMOS, MERCEDES
### SD/FL PACTS No.  95072
### <u>TRANSFER OF JURISDICTION</u>

Dear Chief Stanton:

The above-named individual is presently being supervised in our district.  However, at this time, we are requesting transfer of jurisdiction.  Please initiate Probation Form 22, Transfer of Jurisdiction and forward same to our office at your earliest convenience.

If you have any questions, please contact this officer at (305) 523-5354.

Sincerely,

Gavin B. Churchill
U. S. Probation Officer

GBC/sgw

| PROB 22<br>(Rev. 2/88)                     TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)*<br>S1:07CR00993-01 (AJP) |
|---|---|
| | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT<br>SOUTHERN DISTRICT OF<br>NEW YORK | DIVISION<br>U.S. Probation |
|---|---|---|
| Mercedes Ramos<br>3150 NW 18 Terrace<br>Miami, Florida 33125 | NAME OF SENTENCING JUDGE<br>Honorable Andrew J. Peck | |

| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>April 16,<br>2008 | TO<br>April 15,<br>2011 |
|---|---|---|---|

OFFENSE:
Theft of Government Funds (18 USC 641), a Class A misdemeanor.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **"SOUTHERN DISTRICT OF NEW YORK"**

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **SOUTHERN DISTRICT OF FLORIDA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____
Date

_____
United States District Judge    HON. ANDREW J. PECK
                                United States Magistrate
                                Southern District of New York

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF FLORIDA**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
*Effective Date*

_____
*United States District Judge*

| PROB 22 (Rev. 2/88)  TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)*<br>S1:07CR00993-01 (AJP) |
|---|---|
| | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT<br>SOUTHERN DISTRICT OF<br>NEW YORK | DIVISION<br>U.S. Probation |
|---|---|---|
| Mercedes Ramos<br>3150 NW 18 Terrace<br>Miami, Florida 33125 | NAME OF SENTENCING JUDGE<br>Honorable Andrew J. Peck | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>April 16, 2008 | TO<br>April 15, 2011 |

OFFENSE:
Theft of Government Funds (18 USC 641), a Class A misdemeanor.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **"SOUTHERN DISTRICT OF NEW YORK"**

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **SOUTHERN DISTRICT OF FLORIDA** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____
Date

_____
United States District Judge
ANDREW J. PECK
United States Magistrate Judge
Southern District of New York

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF FLORIDA**

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____
*Effective Date*

_____
*United States District Judge*